Domenic A. TRICOME, Petitioner

v.

A. Charles PERUTO, Jr., the Law Offices of A. Charles Peruto, Jr., Respondents

No. 190 MAL 2017

Supreme Court of Pennsylvania.

August 8, 2017

## ORDER

PER CURIAM

AND NOW, this 8th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Glenn C. BRENNAN, Petitioner

No. 145 MAL 2017

Supreme Court of Pennsylvania.

August 8, 2017

## ORDER

PER CURIAM

AND NOW, this 8th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Charles Edward SMITH, Petitioner

No. 143 MAL 2017

Supreme Court of Pennsylvania.

August 8, 2017

## ORDER

PER CURIAM

AND NOW, this 8th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.